FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 MAY -4  PM 3:47

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-75-RBD-EJK
21 U.S.C. § 846

MICHAEL ACHILLE

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From an unknown date but not later than on or about December 31, 2020, and continuing through on or about February 2, 2021, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL ACHILLE,

did knowingly and willfully conspire with other persons, both known and unknown to the United States, to possess with intent to distribute a controlled substance and to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of tapentadol, a Schedule II controlled substance.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

### FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.  Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property

1

constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

KARIN HOPPMANN
Acting United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division